■ In the Matter of LEVON D. MASICH, Appellant, v ERICA PETERMAN, Respondent. [986 NYS2d 373]—Appeal from an order of the Family Court, Erie County (Rosalie S. Bailey, J.), entered May 3, 2012 in a proceeding pursuant to Family Court Act

article 6. The order, among other things, granted petitioner visitation with the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.